#01029-155-RLG

# MARSHALL DENNEHEY
**WARNER COLEMAN & GOGGIN**
*Attorney of Record: Richard L. Goldstein, Esq.*
15000 Midlantic Drive ⬩ Suite 200
P.O. Box 5429
Mount Laurel, NJ  08054
☎856-414-6000  ⬩  📠856-414-6077  ⬩  📠 rlgoldstein@mdwcg.com
Attorney for Defendants, Board of Education of Mount Laurel Township, Mount Laurel Board of Education, Larchmont Elementary School, and Mount Laurel Schools

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
*(Camden Vicinage)*

| | |
|---|---|
| TAMMY JORDAN,<br><br>Plaintiff<br><br>*vs.*<br><br>BOARD OF EDUCATION OF MOUNT LAUREL TOWNSHIP,<br>and<br>MOUNT LAUREL BOARD OF EDUCATION<br>and<br>LARCHMONT ELEMENTARY SCHOOL,<br>and<br>MOUNT LAUREL SCHOOLS,<br>and<br>GEORGE JACKSON *(individually)*,<br><br>Defendants. | C.A. No. 1:19-cv-13059-NLH-KMW<br><br>***STIPULATION OF DISMISSAL WITH PREJUDICE*** |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, Samuel C. Wilson, Esq., on behalf of Plaintiff, and Richard L. Goldstein, Esq., on behalf of Defendants, Board of Education of Mount Laurel Township, Mount Laurel Board of Education, Larchmont Elementary School, and Mount Laurel Schools, it is

hereby stipulated and agreed that the same be and it is hereby dismissed as to all claims, without costs against either party, with prejudice.

| | |
|---|---|
| **DEREK SMITH LAW GROUP, PLLC**<br>Attorney for Plaintiff | **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**<br>Attorney for Defendants,<br>Board of Education of Mount Laurel Township, Mount Laurel Board of Education, Larchmont Elementary School, and Mount Laurel Schools |
| By: /s/ Samuel C. Wilson<br>    SAMUEL C. WILSON, ESQ. | By: /s/ Richard L. Goldstein<br>    RICHARD L. GOLDSTEIN, ESQ. |

DATED:  October 6, 2020